

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2015

No. 04-15-00354-CV

**EX PARTE M.N.F.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06163
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

A filing fee of $195.00 was due from appellant when this appeal was filed but it was not paid. *See* TEX. GOV'T CODE ANN. § 51.941(a) (West 2013); *id.* §§ 51.0051, 51.207(b)(1), 51.208 (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of this court notified appellant of this deficiency in a letter dated June 9, 2015. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than July 10, 2015** to either (1) pay the applicable filing fee or (2) provide written proof to this court that she is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2015.



Keith E. Hottle
Clerk of Court